UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Numbers: |
| vs. | ) | CV 05-S-8048-J |
| | ) | CR 02-S-73-J |
| DANNY LEE BONHAM, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## ORDER

On September 1, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the motion to vacate sentence filed by Danny Lee Bonham pursuant to 28 U.S.C. § 2255 be denied and dismissed. The petitioner filed objections on September 18, 2006. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate's report and recommendation and the petitioner's objections, the Court is of the opinion that the magistrate's report is due to be, and it hereby is, ADOPTED, the recommendation is ACCEPTED, and movant's objections are OVERRULED. Accordingly, the motion to vacate sentence is DENIED and DISMISSED.

DONE this 6th day of November, 2006.

*/s/ Lynwood Smith*
_____
United States District Judge